

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00809-CR

**EX PARTE** Hugo **SANCHEZ ATILANO**

From the County Court, Kinney County, Texas
Trial Court No. 11037CR
Honorable Susan D. Reed, Judge Presiding[1]

BEFORE JUSTICE SPEARS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED.

SIGNED August 19, 2025.

_____
Velia J. Meza, Justice

---

[1] Senior Judge Susan D. Reed signed the order denying the habeas corpus relief at issue in this appeal. Judge Molly Francis signed the Trial Court's Certification of Defendant's Right to Appeal in this appeal.